UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS T COHEN,

    Plaintiff,

  v.

COUNTY OF ALAMEDA, et al.,

    Defendants.

Case No. 16-cv-00138-MEJ

**STATUS ORDER**

This matter is currently scheduled for a Case Management Conference on April 7, 2016. However, as there is no indication that Plaintiff Nicholas T Cohen served Defendants County of Alameda, et al. in accordance with Federal Rule of Civil Procedure 4, the Court VACATES the Conference and ORDERS Plaintiff Nicholas T Cohen to file a status report by April 13, 2016. No chambers copy is required.

**IT IS SO ORDERED.**

Dated: April 4, 2016

_____

MARIA-ELENA JAMES
United States Magistrate Judge